UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAUL TAYLOR, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | 1:11-cv-1549-WTL-DKL |
| vs. ) | |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION, ) | |
| ) | |
| *Defendant.* ) | |

### ENTRY STAYING CASE

It has come to the Court's attention that Plaintiff's counsel, Diamond Hirschauer, has been suspended from the practice of law. In light of this fact, this case is hereby **STAYED** for a period of sixty days.

03/27/2012

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to:

Diamond Z. Hirschauer
THE LAW OFFICES OF DIAMOND Z. HIRSCHAUER, P.C.
DZHirschauer@dzhlaw.com

Thomas F. Hurka
MORGAN LEWIS & BOCKIUS
thurka@morganlewis.com

Valerie E. Manos
MORGAN LEWIS & BOCKIUS, LLP
vmanos@morganlewis.com