UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAUL TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 1:11-cv-01549-WTL-DKL |
| | ) |
| NATIONAL RAILROAD PASSENGER | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ENTRY FROM TELEPHONIC STATUS CONFERENCE**
**JUNE 15, 2012**
**HON. DENISE K. LARUE, MAGISTRATE JUDGE**

The Parties, by counsel, participated in a telephonic status conference. Plaintiff appeared *pro se*. Defendant appeared by counsel, Thomas F. Hurka and Valerie E. Manos. Parties discussed case status. Plaintiff stated that he intends to proceed in this case and wants to secure replacement counsel. Plaintiff has already obtained his case file from Surrogate counsel, Kenneth Johnson, and has just recently compiled a list of attorneys to contact. Therefore, the Court, without objection, gave Plaintiff 60 days to obtain replacement counsel. After this time period, the Court will set this matter for a new initial pretrial conference. The conference concluded without further order.

Dated:  06/22/2012

*Denise LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to:

Kenneth H. Johnson
Master Commissioner
Marion County Superior Court Complex Litigation Docket
200 E. Washington Street #T-1221
Indianapolis, Indiana 46204

Thomas F. Hurka
MORGAN LEWIS & BOCKIUS
thurka@morganlewis.com

Valerie E. Manos
MORGAN LEWIS & BOCKIUS, LLP
vmanos@morganlewis.com

PAUL TAYLOR
8344 82nd Place
Indianapolis, IN 46256